IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

TAMMY ROBERTS,

    Plaintiff,                                      Case No. 3:19-cv-00100

v.

NATIONAL ACCOUNTS RESOLUTIONS
BUREAU, LLC d/b/a The NAR Bureau,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS

The Plaintiff, Tammy Roberts ("Plaintiff"), by and through undersigned counsel and pursuant to this Court's Order dated March 12, 2019, hereby files this Certificate of Interested Persons, and states that the Plaintiff is aware of the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this action:

    Tammy Roberts
    Joshua A. Mize, Esq.
    Mize Law, PLC
    National Accounts Resolutions Bureau, LLC

DATED: March 22, 2019.                    Respectfully submitted,

                                                        */s/ Joshua A. Mize*
                                                        **Joshua A. Mize, Esq.**
                                                        Florida Bar No. 86163
                                                        **MIZE LAW, PLLC**
                                                        110 Front Street, Suite 300
                                                        Jupiter, FL 33477
                                                        Phone: (407) 913-6800
                                                        Fax: (407) 604-7410
                                                        Email: jmize@mize.law

                                                        *Attorney for the Plaintiff,*
                                                        *Tammy Roberts*