IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

TAMMY ROBERTS,

    Plaintiff,                                      Case No. 3:19-cv-00100

v.

NATIONAL ACCOUNTS RESOLUTIONS
BUREAU, LLC d/b/a The NAR Bureau,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Tammy Roberts, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, gives notice that this action is hereby dismissed without prejudice.

DATED: May 15, 2019.                  Respectfully submitted,

                                                      */s/ Joshua A. Mize*
                                                      **Joshua A. Mize, Esq.**
                                                      Florida Bar No. 86163
                                                      **MIZE LAW, PLLC**
                                                      110 Front Street, Suite 300
                                                      Jupiter, FL 33477
                                                      Phone: (407) 913-6800
                                                      Fax: (407) 604-7410
                                                      Email: jmize@mize.law

                                                      *Attorney for the Plaintiff,*
                                                      *Tammy Roberts*